UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
INDIANA AT INDIANAPOLIS

| | |
|---|---|
| KATHI LOZZI<br><br>    Plaintiff,<br>v.<br><br>SENTINELONE, INC., dba SENTINELONE,<br><br>    Defendant. | **DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**<br><br>Case No. 1:22-cv-2320-TWP-TAB |

### DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST

Defendant, SentinelOne, Inc. ("SentinelOne" or "Defendant"), by and through undersigned counsel, submits the following preliminary list of witnesses and exhibits that it presently believes it may introduce at trial, either in person or through deposition testimony. Defendant reserves the right to supplement or amend these lists at any time prior to trial.

### WITNESSES

1. Kathi Lozzi;
2. Brandon Ryan;
3. Eric Keohan;
4. Michael Saviano;
5. Brian Schneble;
6. Frank Miklos;
7. Terry Richardson;
8. Mitch Milligan;

PAGE 1 – DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST

9. Bill Chen;

10. Chris Catanzaro;

11. David La Tour;

12. Emily Sisson;

13. David Olzak;

14. Jason Hood;

15. Jason Masker;

16. Chris Autry;

17. Chris Lynch;

18. Amanda Thomas;

19. Don Erb;

20. Jeff Raybourn;

21. Guadalupe Axelowitz;

22. Brad Koesters;

23. Any individuals on Plaintiff's initial disclosures and preliminary or final witness lists, including any supplements or amendments thereto;

24. Any individuals identified by Plaintiff in her Answers to Defendant's Interrogatories and Requests for Production;

25. Any experts Plaintiff may retain and designate to testify by the deadline set in the parties' Case Management Plan; and

26. Additional individuals revealed in discovery not yet conducted or completed or necessary to respond to witnesses, documents, facts or opinions not yet disclosed to Defendant.

## **EXHIBITS**

1. Documents that relate to Defendant's employment policies and procedures;

2. Defendant's personnel records with respect to Plaintiff;

3. Documents that relate to Plaintiff's employment with Defendant, including her termination from employment;

4. Transcripts of, and exhibits to, any depositions taken in this action;

5. Documents produced by the parties in response to requests for production of documents in this case; and

6. Any documents identified on either parties' initial disclosures, preliminary, or final exhibit lists, including any supplements or amendments thereto.

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

If Defendant discovers additional witnesses or exhibits they intend to use at trial, counsel for Defendant will furnish an identification of the additional witnesses or exhibits to the Court and opposing counsel. This list does not include witnesses or exhibits Defendant may use for purposes of impeachment or rebuttal.

Dated this 24th of April, 2023.

Respectfully submitted,

K&L GATES LLP

 /s/ Jonathan G. Rue
Jonathan G. Rue *(admitted pro hac vice)*
1 SW Columbia Street, Suite 1900
Portland, OR 97204
  Phone: 503-228-3200
  Email: jon.rue@klgates.com

Christopher Arthur Bloom
70 West Madison, Suite 3100
Chicago, IL 60602
  Phone: 312-807-4370
  Fax: 312-827-8034
  Email: christopher.bloom@klgates.com

Erinn Leslie Rigney *(admitted pro hac vice)*
70 W. Maidson Street, Suite 3100
Chicago, IL 60602
  Phone: 312-807-4407
  Fax: 312-827-8000
  Email: erinn.rigney@klgates.com

*Attorney for Defendant SentinelOne*

## **CERTIFICATE OF SERVICE**

I, Jonathan G. Rue, hereby state that on April 24, 2023, I caused a true and correct copy of the foregoing document to be sent to counsel for Plaintiff Kathi Lozzi by mail and electronic mail.

David Eberly
Eberly McMahon Copetas LLC
2245 Gilbert Ave., Suite 101
Cincinatti, OH 45206
(513) 533 9898
(513) 533 3554 (fax)
deberly@emclawyers.com
  *Plaintiff's Counsel*

                                                   K&L GATES LLP

                                                   */s/ Jonathan Rue*
                                                  Jonathan Rue, (admitted *pro hac vice*)
                                                  Christopher Arthur Bloom
                                                  Erinn Leslie Rigney (admitted *pro hac vice*)

                                                  *Attorneys for Defendant*