# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## AT INDIANAPOLIS

| | | |
|---|---|---|
| **KATHI LOZZI** | : | Case No. 1:22-cv-2320-TWP-TAB |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF FILING PLAINTIFF'S PRELIMINARY EXHIBIT LIST AND PLAINTIFF'S PRELIMINARY DISCLOSURE OF WITNESSES** |
| **SENTINELONE, INC.** | : | |
| Defendant. | : | |
| | : | |
| | : | |

Plaintiff Kathi Lozzi hereby gives notice of filing of her Preliminary Exhibit List and Preliminary Disclosure of Witnesses, attached hereto.

Respectfully submitted,

/s/   David A. Eberly
David A. Eberly (26722-15)
Eberly McMahon Copetas LLC
2245 Gilbert Ave. Suite 101
Cincinnati, OH  45206
513-533-1103
513-544-3554 Fax
deberly@emclawyers.com
Counsel for Plaintiff Kathi Lozzi

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically on this 28th day of April 2023.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David A. Eberly