**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**AT INDIANAPOLIS**

| | | |
|---|---|---|
| **KATHI LOZZI** | : | Case No. 1:22-cv-2320-TWP-TAB |
| Plaintiff, | : | |
| v. | : | **PLAINTIFF'S PRELIMINARY DISCLOSURE OF WITNESSES** |
| **SENTINELONE, INC.** | : | |
| Defendant. | : | |

Pursuant to the parties' Case Management Plan filed March 20, 2023, Plaintiff Kathi Lozzi hereby preliminarily discloses the following witnesses (other than Plaintiff) who may testify at trial:

1. - <u>Frank Miklos</u> – may have knowledge of the facts and circumstances surrounding Plaintiff's employment, treatment, and termination, job performance, and the events surrounding the incident(s) that Defendant alleges was the basis for Plaintiff's termination.

2. - <u>Brian Scheble</u> - may have knowledge of the facts and circumstances surrounding Plaintiff's employment, treatment, and termination, job performance, and the events surrounding the incident(s) that Defendant alleges was the basis for Plaintiff's termination.

3. - <u>John Berisford</u> - may have knowledge of the facts and circumstances surrounding Plaintiff's employment, treatment, and termination, job performance, and comments and actions directed toward Plaintiff.

4. - <u>Zach Lewis</u> - may have knowledge of the facts and circumstances surrounding Plaintiff's employment, treatment, and termination, job performance, and the behavior of substantial similar comparators.

5. - <u>Corporate Representative(s) of Defendant</u> - may have knowledge of the facts and circumstances surrounding Plaintiff's employment, treatment, and termination, job performance, the events surrounding the incident(s) that Defendant alleges was the basis for Plaintiff's termination. Further, such a representative or representatives may have knowledge or information regarding Plaitniff's compensation and benefits.

6. Any witness listed or called by any other party.

Plaintiff reserves the right to call any witness to rebut another's testimony or argument.

Respectfully submitted,

/s/   David A. Eberly
David A. Eberly (26722-15)
Eberly McMahon Copetas LLC
2245 Gilbert Ave. Suite 101
Cincinnati, OH  45206
513-533-1103
513-544-3554 Fax
deberly@emclawyers.com
Counsel for Plaintiff Kathi Lozzi

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing document was filed electronically on this 28th day of April 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Further, a copy of the forgoing has been delivered by email this same date upon:

Christopher A. Bloom, Esq.
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
christopher.bloom@klgates.com

Erinn Rigney, *Esq.*
K&L Gates LLP
70 West Madison, Suite 3100
Chicago, IL 60602-1121
Erinn.Rigney@klgates.com

Jon Rue
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
jon.rue@klgates.com

/s/   David A. Eberly